UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20683-CR-ZLOCH

MICHAEL A. STERN,

       Movant,

vs.                                                    **O R D E R**

UNITED STATES OF AMERICA,

       Respondent.
_____/

THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 88) and the Paperless Supplement To Report (DE 90) filed herein by United States Magistrate Judge Patrick A. White and Movant's Motion To Correct Defect In Restitution Order (DE 80). The Court has conducted a <u>de novo</u> review of the entire record herein and is otherwise fully advised in the premises.

In the instant Motion (DE 80), Movant Michael A. Stern challenges the restitution order, <u>see</u> DE 64, entered in his criminal case. In his Report (DE 88), Magistrate Judge White finds that the instant Motion (DE 80) is untimely and should be denied. Magistrate Judge White's recommendation is unchanged by the Supplement (DE 90) to said Report. The Court adopts Magistrate Judge White's reasoning and conclusions.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Movant's Objections To The Magistrate's Report And Recommendations (DE 91) be and the same are hereby **OVERRULED;**

2. The Report Of Magistrate Judge (DE 88) and the Paperless

Supplement To Report (DE 90) filed herein by United States Magistrate Judge Patrick A. White be and the same are hereby approved, adopted, and ratified by the Court; and

    3. Movant's Motion To Correct Defect In Restitution Order (DE 80) be and the same is hereby **DENIED.**

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_8th\_\_\_ day of August, 2018.

            WILLIAM J. ZLOCH
            Sr. United States District Judge

Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge

All Counsel of Record

Michael A. Stern PRO SE
97980-004
Miami FCI
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 779800
Miami, FL 33177